# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CHESAPEAKE LOUSIANA, LP, | § § § § | |
| *Plaintiff*, | | |
| v. | § § § § § § § § | Case No. 2:10-cv-359-JRG |
| BUFFCO PRODUCTION, INC., et al., | | |
| *Defendants*, | | |

## ORDER

On this day the Court conducted a status conference with respect to the issues to be decided by this Court following the remand of this action by the Fifth Circuit Court of Appeals. Having considered the parties' written submission (Dkt. No. 234) and the statements of counsel, the Court finds that the sole issues for determination by this Court are:

(1) Whether Harleton Oil and Gas, Inc. is an indispensable party to Chesapeake Louisiana, LP's claims regarding the Geisler Unit;[1] and

(2) Whether Harelton Oil and Gas, Inc. is an indispensable party to Freeman Capital, Ltd.'s claims regarding the Geisler Unit.

The Court further **ORDERS** as follows: Wayne E. Freeman, Freeman Resources, Ltd., FRM GP, LLC, and Freeman Capital Ltd. (the "Freeman Entities") shall file their opening brief, addressing the above-stated issues, on or before July 14, 2014. Chesapeake Louisiana, LP and

---

[1] The "Geisler Unit" is defined in the Fifth Circuit's Opinion, *Chesapeake Louisiana, L.P. v. Buffco Prod., Inc.*, 2014 U.S. App. LEXIS 8573 (5th Cir. Tex. May 7, 2014).

1

Harleton Oil & Gas, Inc. shall file their responsive briefing[2] on or before July 24, 2014. The Freeman Entities shall file their reply brief on or before August 4, 2014.

**So ORDERED and SIGNED this 30th day of June, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

---

[2] Harleton is hereby granted leave to file a separate responsive brief or to consolidate its briefing with that of Chesapeake.